Filed 8/24/23  P. v. Carre CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

# COURT OF APPEAL, FOURTH APPELLATE DISTRICT

# DIVISION ONE

# STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE, | D081329 |
| Plaintiff and Respondent, | |
| v. | (Super. Ct. No. SCD287138) |
| CHRISTOPHER J. CARRE, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of San Diego County, Kenneth K. So, Judge.  Affirmed.

Christopher Carre, in pro. per.; and Siri Shetty, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

Christopher Carre entered into a plea agreement in which he pleaded guilty to assault with a deadly weapon (Pen. Code,[1] § 245, subd. (a)(1); count 1) and corporal injury to a spouse (§ 273.5, subd. (a); count 2).  Carre

---

[1]    All further statutory references are to the Penal Code.

admitted the use of a deadly weapon (§ 1192.7, subd. (c)(23)).  The parties agreed Carre would be granted probation on various conditions.

At sentencing, the court imposed a four-year prison term but suspended the execution and granted Carre probation.  The remaining counts and allegations were dismissed.

Carre filed a timely notice of appeal and requested a certificate of probable cause (§ 1237.5).  The request for a certificate of probable cause was denied.[2]

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) indicating counsel has not been able to identify any arguable issues for reversal on appeal.  Counsel asks the court to review the record for error as mandated by *Wende*.  We offered Carre the opportunity to file his own brief on appeal.  He has responded by filing a supplemental brief, which we will discuss later in this opinion.

In his change of plea, Carre admitted assaulting the victim with a weapon (to wit:  a brick) and that he inflicted traumatic injury.

## DISCUSSION

As we have noted, appellate counsel has filed a *Wende* brief and asks the court to independently review the record for error.  To assist the court in its review, and in compliance with *Anders v. California* (1967) 386 U.S. 738 (*Anders*), counsel has identified the following possible issue that was

---

2  With regard to the denial of the certificate of probable cause this court entered the following order:  "Appellant's request for a certificate of probable cause was denied and, as part of the plea, appellant waived issues relating to any suppression motion denials, any prior strike convictions, and the stipulated sentence.  The issues on appeal are thus limited to matters occurring after the plea that do not involve prior strike convictions and the stipulated sentence, other than as set forth in Penal Code section 1016.8."

considered in evaluating the potential merits of this appeal: Was Carre sentenced in accordance with the plea agreement?

We have considered Carre's supplemental brief and conclude it does not identify any arguable issues for reversal on appeal. His brief is an attack on the guilty plea and in particular a criticism of trial counsel's representation. In the absence of a certificate of probable cause Carre cannot challenge the plea on direct appeal. Carre's complaints will have to be aired in a petition for habeas corpus if at all. There is nothing in the supplemental brief that raises any arguable issues for reversal on appeal.

We have reviewed the record as required by *Wende* and *Anders.* We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented Carre on this appeal.

DISPOSITION

The judgment is affirmed.

HUFFMAN, Acting P. J.

WE CONCUR:


CASTILLO, J.


RUBIN, J.

3